IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CARLOS FLORES,                              )
                                           )
                    Plaintiff,             )
                                           )        CIVIL ACTION
vs.                                        )
                                           )        Case No. 1:24-CV-03503-CYC
WICKHAM INVESTMENTS LLC and                )
AMERICAN DAIRY QUEEN CORPORATION,          )
                                           )
                    Defendants.            )

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT,
AMERICAN DAIRY QUEEN CORPORATION, WITHOUT PREJUDICE**

Plaintiff, CARLOS FLORES, by and through the undersigned counsel, and pursuant to

Fed. R. Civ. P. 41(a)(1)(A), hereby voluntarily dismisses Defendant, AMERICAN DAIRY

QUEEN CORPORATION, without prejudice.

Defendant, WICKHAM INVESTMENTS LLC, remains a party to this action.

Respectfully submitted this 4th day of February, 2025.

                          /s/ Douglas S. Schapiro
                          Douglas S. Schapiro, Esq.
                          State Bar No. 54538FL
                          The Schapiro Law Group, P.L
                          7301-A W. Palmetto Park Rd., #100A
                          Boca Raton, FL 33433
                          Tel: (561) 807-7388
                          Email: schapiro@schapirolawgroup.com

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the

Court's CM/ECF system on February 4, 2025 upon all counsel or parties.

<u>/s/ Douglas S. Schapiro</u>
Douglas S. Schapiro, Esq.
State Bar No. 54538FL
The Schapiro Law Group, P.L
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

SCHAPIRO LAW GROUP, P.L.
7301-A W. Palmetto Park Rd., #100A, Boca Raton, FL 33433 • Tel (561) 807-7388 • Fax (561) 807-7198