IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CARLOS FLORES, )
)
Plaintiff, )
) CIVIL ACTION
vs. )
) Case No. 1:24-CV-03503-CYC
WICKHAM INVESTMENTS LLC and )
AMERICAN DAIRY QUEEN CORPORATION, )
)
Defendants. )

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, CARLOS FLORES, and Defendant, WICKHAM INVESTMENTS LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant and this entire Action with prejudice. Each party bears their own fees and costs.

Respectfully submitted this 21ST day of April, 2025.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/  *Douglas S. Schapiro*
Douglas S. Schapiro, Esq.
State Bar No. 54538FL
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

Attorney for Plaintiff

/s/ Lawrence D. Stone
Lawrence D. Stone, Esq.
Monica L.C. Lester, Esq.
Hall Booth Smith, P.C.
5445 DTC Parkway, Suite 900
Greenwood Village, CO  80111
(303) 773-3500
Email:  lstone@hallboothsmith.com
        mlclester@hallboothsmith.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21ST day of April 2025, we electronically filed the

forgoing with the Clerk of the Court by using the CM/ECF system.

/s/  Douglas S. Schapiro
Douglas S. Schapiro
State Bar No. 54538FL